## BERGER v. TRACY.

ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.

No. 97. Submitted January 21, 1910.—Decided January 24, 1910.

A writ of error to review judgment of the highest court of a State
dismissed for want of jurisdiction, on authority of *Castillo* v. *Mc-*

*Connico*, 168 U. S. 674; no Federal question was suggested prior to petition for writ of error.
Writ of error to review 135 Iowa, 597, dismissed.

*Mr. Chester C. Cole* for plaintiff in error.

No appearance for defendant in error.

*Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Castillo* v. *McConnico,* 168 U. S. 674. No Federal question suggested prior to petition for writ of error. Case below, 135 Iowa, 597.